UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KELLY BROOKS,**

**Plaintiff,**

-vs-                                                                                          Case No. 6:12-cv-981-Orl-18DAB

**AMERINET HEALTH CENTER SOUTH
DAYTONA LLC,**

**Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Default Judgment Against Amerinet Health Center South Daytona LLC (Doc. No. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Clerk of the Court is directed to enter final judgment in favor of Plaintiff Kelly Brooks and against Defendant Amerinet Health Center South Daytona LLC, in the amount of $4,262.50 in damages and $405 in taxable costs. Thereafter, the Clerk of the Court shall **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 12 day of March, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record